UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANCISCO LLANTADA-GARCIA,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Respondent. | CASE NO. C06-1204-JCC<br>　　(CR04-53-JCC)<br><br>MINUTE ORDER |

　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　This matter comes before the Court on Petitioner's Premature Notice of Appeal (Dkt. No. 17). Petitioner purports to appeal the Court's "order denying motion under 28 U.S.C. § 2255." However, the Court has not adopted the Magistrate's Report and Recommendation (R&R), disposed of the claims in this case, or issued any final order on the merits. Accordingly, Petitioner's Premature Notice of Appeal is STRICKEN. Further, the Court construes Petitioner's reference therein to his facility being on "lock down" from April 16, 2007 through May 31, 2007 as a motion for extension of time to file his Objections to the Magistrate's R&R, which were due by May 29, 2007. Such motion is GRANTED. Petitioner's Objections, if any, are due by June 29, 2007. Accordingly, the Court hereby RENOTES the R&R for

MINUTE ORDER – 1

consideration on June 29, 2007.

DATED this 5th day of June, 2007.

BRUCE RIFKIN, Clerk of Court

By _/s/ C. Ledesma_
　　　Deputy Clerk

MINUTE ORDER – 2